FILED
February 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D23

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | David Nathaniel Lester and Denise Marie Lester | **Case No :** | 10-52084 - B - 13J |
| | | **Date :** | 2/8/11 |
| | | **Time :** | 09:32 |
| **Matter :** | [16] - Motion/Application to Value Collateral of GMAC Mortgage, LLC [JTN-1] Filed by Debtor David Nathaniel Lester, Joint Debtor Denise Marie Lester (jjas) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion to value collateral pursuant to Fed. R. Bankr. P. 3012 and 11 U.S.C. § 506(a), is granted. $0.00 of GMAC Mortgage, LLC's claim secured by the second deed of trust on real property located at 5200 Dipper Way, Elk Grove, CA 95758 ("Property") is a secured claim, and the balance of its claim is an unsecured claim.

Dated: February 14, 2011

*Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge